**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JOSEPH CHALIFOUX,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00295-WWB-PRL**

**PAMERSON O. IFILL, et al.,**

**Defendants,**
___________________________________/

# ORDER

On July 6, 2026, Plaintiff filed a First Amended Complaint. (Doc. 29). Based on the filing of this amended pleading, the undersigned's Report and Recommendations (Doc. 21), Defendant's motion to dismiss the Complaint (Doc. 22), and Defendants' motion to stay discovery pending resolution of the motion to dismiss (Doc. 24) are due to be terminated as **moot.**

Defendants have filed a motion to dismiss the First Amended Complaint. (Doc. 35). Prior to filing the motion to dismiss, Defendants filed a motion seeking an extension of time to file their response to the First Amended Complaint (Doc. 32), and a motion for leave to exceed the page limit (Doc. 33). Both motions are terminated as **moot** because the motion to dismiss was timely filed and it is only 24-pages in length.

Finally, Plaintiff has filed objections to the undersigned's denial of his motion for entry of clerk's default as to Angela C. McConney. (Doc. 16). Plaintiff subsequently acknowledged that Ms. McConney was improperly named as a Defendant, and she is no longer named as a Defendant in the First Amended Complaint. As such, Plaintiff's objections regarding service

of Ms. McConney are no longer at issue in these proceedings. Accordingly, Plaintiff's objections are due to be terminated as **moot.**

DONE and ORDERED in Ocala, Florida on July 22, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party