**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JOSEPH CHALIFOUX,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00295-WWB-PRL**

**PAMERSON O. IFILL and JAMISON GAGNON,**

**Defendants,**

______________________________________/

**ORDER**

On October 5, 2026, the undersigned entered a Report and Recommendation recommending that Defendants' motion to dismiss be granted and that Plaintiff's First Amended Complaint be dismissed without leave to amend. (Doc. 51). Based on this ruling, Defendants' motion for leave to file a reply in support of their motion to dismiss (Doc. 40) is **terminated as moot**. In addition, Plaintiff's motion for sanctions related to Defendants' motion for leave to file a reply (Doc. 45) is **denied as moot**.

Finally, Plaintiff's motion (Doc. 50) seeking to strike Defendants' motion to dismiss and asking the Court to vacate its previous order granting Defendants' motion to stay discovery (Doc. 39) is **denied**. Plaintiff argues that both of Defendants' motions (Docs. 35 and 36) failed to comply with the District Judge's individual Standing Order which requires that all motions be in Arial typeface. *See* 6:21-mc-0003-WWB. Plaintiff argues that this font requirement has been applied differently to the parties and that Plaintiff's noncompliance "was declared in Document 48 to independently warrant denial of his filings." Plaintiff is referring to the District Judge's recent Order in which she noted that Plaintiff's failure to comply with the Court's Standing Orders "independently warrants overruling the Objections

and denying the Motion for Expedited Review." (Doc. 48 at 3). The District Judge nevertheless proceeded to address the merits of the motions. Likewise, while acknowledging that the motion to dismiss was not in the required font, the undersigned went on to address the merits of the motion to dismiss. While the Court declines to strike the motion to dismiss or vacate its prior Order granting Defendants' motion to stay on this basis, Defendants are cautioned that future failures to comply with the applicable rules and orders of this Court (including the font requirement) could result in the striking or denial of filings.

DONE and ORDERED in Ocala, Florida on October 5, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party